SHARON L. ANDERSON (SBN 94814)
County Counsel
MONIKA L. COOPER (SBN 193729)
Supervising Deputy County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS KRAMER,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA and Does 1-20, inclusive,<br><br>         Defendants. | Case No. C12-3604 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Judge: The Honorable Charles R. Breyer<br>Crtrm: 6, 17th Floor |

Pursuant to Northern District of California Local Rule 7-12, plaintiff Gus Kramer and defendant County of Contra Costa hereby stipulate by and through counsel as follows:

1. On November 2, 2012, the Court continued the hearing date on the County of Contra Costa's Motion to Dismiss to December 14, 2012 at 10:00 a.m.  The Court had previously scheduled the initial case management conference on December 14, 2012, at 8:30 a.m.  The parties, therefore, request that the Court re-schedule the initial case management conference to January 4, 2012, at 8:30 a.m. with the initial case management conference statement due on December 28, 2012.

2. The parties shall hold their Rule 26(f) on or before November 20, 2012.

///

3. The parties shall complete their initial disclosures on or before December 7, 2012.

DATED: November 16, 2012      SHARON L. ANDERSON, County Counsel

By:_____/s/_____
    D. CAMERON BAKER
    Deputy County Counsel
    Attorneys for Defendant County of Contra Costa

DATED: November 16, 2012      SCOTT LAW FIRM

By:_____/s/_____
    W. GORDON KAUPP
    Attorney for Plaintiff Gus Kramer

**ORDER**

**IT IS SO ORDERED.**

DATE: __Nov. 19____, 2012

_____
CHARLES R. BREYER
DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)