IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUS KRAMER,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA ET AL.,

    Defendants.

No. C 12-3604 CRB

**JUDGMENT**

The Court, having granted Defendant's Motion to Dismiss, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3604\judgment.wpd